**Electronically Filed**
**Supreme Court**
**SCWC-11-0000763**
**27-APR-2015**
**08:17 AM**

SCWC-11-0000763

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

NELSON A. CHUNG,
Petitioner/Claimant-Appellant,

vs.

CITY AND COUNTY OF HONOLULU, DEPARTMENT OF PARKS AND RECREATION,
Respondent/Employer-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000763; CASE NO. AB 2008-558 (2-08-04079))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellant's Application for Writ of

Certiorari, filed on March 17, 2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 27, 2015.

R. Steven Geshell
for petitioner

Elisabeth A.K. Contrades
and Duane W.H. Pang for
respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

